DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUNLAND CAPITAL CORPORATION,**
Appellant,

v.

**OCEAN MARINE PROJECTS, LTD,**
Appellee.

No. 4D19-3953

[October 8, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE19-014922.

Carlos A. Souffront and Veronica A. Meza of GrayRobinson, P.A., Miami, for appellant.

Chase Jansson of Campbell Johnston Clark, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***